CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
November 26, 2025
LAURA A. AUSTIN, CLERK
BY: s/ D. AUDIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| Christie L. Turner, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 3:25-cv-00034 |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

## JUDGMENT ORDER

The Court having separately ordered the remand of this action for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g), it is further **ORDERED** that final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**ENTERED** this <u>26th</u> day of November, 2025.

_____
HON. JASMINE H. YOON
UNITED STATES DISTRICT JUDGE